```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
 ----------------------------------------X
                                         :
 UNITED STATES OF AMERICA,               :
                                         :
              -v-                        :     09Cr745 (DLC)
                                         :
 JASON FORBES,                           :          ORDER
                                         :
                    Defendant.           :
                                         :
 ----------------------------------------X
```

DENISE COTE, District Judge:

    As set forth at the telephone conference held on June 19, 2020, it is hereby

    ORDERED that a hearing is scheduled for Friday, **July 17, 2020** at **4:00 p.m.**

    IT IS FURTHER ORDERED that in light of the ongoing COVID-19 pandemic, by Friday, **July 10, 2020,** the defendant shall inform the Court whether he prefers for the July 17 hearing to proceed in person, if that is available, or remotely via telephone conference.  Upon receipt of the defendant's July 10 letter, the Court will issue an Order informing the parties whether the hearing will occur in-person or via telephone conference.  If the hearing will occur via telephone conference, the forthcoming Order will provide the credentials for the telephone conference.

    IT IS FURTHER ORDERED that by Friday, **July 10, 2020,** the parties shall submit a status letter advising the Court whether the defendant intends to enter an admission at the July 17

hearing.  The status letter also shall advise the Court of whether time to hear evidence is required, and, if so, shall identify any witnesses expected to testify.

Dated:    New York, New York
          June 22, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge