```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
UNITED STATES OF AMERICA,                :      09Cr745(DLC)
                                         :
            -v-                          :      ORDER
                                         :
JASON FORBES,                            :
                                         :
                  Defendant.             :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

On June 19, 2020, this Court held a hearing on the violation of supervised release via telephone conference on account of the COVID-19 pandemic. As confirmed on the record at that conference, it was necessary to conduct that hearing by telephone conference because videoconference was not reasonably available to the defendant.

At the June 19 telephone conference, a hearing was scheduled for Friday, July 17, 2020 at 4:00 p.m. By Order dated June 22, the defendant was asked to advise the Court whether he prefers that the hearing take place in person or by telephone conference. On July 14, the defendant informed the Court that he prefers that the July 17 hearing proceed as a telephone conference. Accordingly, is hereby

ORDERED that the parties shall use the following dial-in credentials for the July 17 telephone conference:

```
          Dial-in:        888-363-4749
          Access code:    4324948
```

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

Dated:    New York, New York
          July 14, 2020

                                                DENISE COTE
                                  United States District Judge